1004

[Nos. 27740–5–I; 27741–3–I;  Division One.          April 29, 1991.]
27731–6–I.

THE STATE OF WASHINGTON, *Respondent,* v. SHERI
RUTHELL BOLLINGER, *Appellant.*

SHERI RUTHELL BOLLINGER, *Respondent,* v. THE
DEPARTMENT OF CORRECTIONS, *Petitioner.*

Appeals from a judgment of the Superior Court for King
County, No. 89–1–05052–4, Frank L. Sullivan, J., entered
January 10, 1991. *Remanded* by unpublished per curiam
opinion.

[No. 25916–4–I.   Division One.   April 29, 1991.]

WILLIAM H. RALPH, ET AL, *Appellants,* v. REYNOLDS
METAL COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 88–7–00234–5, Richard M. Ishikawa, J.,
entered January 25, 1989. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Grosse, C.J., and Web-
ster, J.

[No. 23669–5–I.   Division One.   April 29, 1991.]

*In the Matter of the Dependency of* S.S.

DAVID SAMPSON, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–09845–5, John M. Darrah, J., entered
October 31, 1988. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Scholfield, J., and Ringold, J.
Pro Tem. Now published at 61 Wn. App. 488.